McCORMICK SHIPPING CORPORA-
TION, as Claimant-Owner of The S.S.
BAHAMA STAR, Etc., and McCormick
Shipping Corporation, Individually, Ap-
pellants,

v.

Luis TOMACEN, Appellee.

No. 19941.

United States Court of Appeals
Fifth Circuit.

April 29, 1963.

Cotton Howell, Shutts, Bowen, Sim-
mons, Prevatt & Boureau, Miami, Fla.,
for appellants.

Alfred M. Carvajal, Arthur Roth,
Miami, Fla., for appellee.

Before JONES, BROWN and LEW-
IS*, Circuit Judges.

PER CURIAM.

By a libel in rem and in personam li-
belant sought damages for personal in-
juries sustained when he fell in the
shower on a Panamanian vessel in a for-
eign port. We need not determine wheth-
er the Court erred in receiving as expert
testimony the evidence as to Panamanian
law for the Appellant concedes that it
at least imposes a standard comparable
to the traditional one of ordinary care.
Applying that principle, the trial Court
with ample basis in the evidence found
that the injuries were proximately
caused by the failure of the employer to
exercise due care. With like foundation
the Court determined the nature and ex-
tent of the injuries and the damages
sustained. There it ends. McAllister
v. United States, 1954, 348 U.S. 19, 75
S.Ct. 6, 99 L.Ed. 20, 1954 AMC 1999.

Affirmed.